IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

|  |  |  |
|---|---|---|
| KRYPTEK OUTDOOR GROUP, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| SALT ARMOUR, INC., ALPHA DEFENSE, INC., and THOMAS J. DE SERNIA, an individual Defendants. | § § § § § | C.A. NO.  1:15-CV-00348 |

**JOINT NOTICE REGARDING SETTLEMENT DISCUSSIONS**

Pursuant to this Court's Order entered January 9, 2017, the parties file this Joint Notice to advise the Court that the parties are actively engaged in ongoing settlement discussions, but have not yet reached a settlement. The parties therefore request an additional two weeks to continue settlement discussions.

Respectfully submitted on this 23rd day of February, 2017.

/s/ Thomas L. Warden
Stewart N. Mesher
Texas Bar No. 24032738
smesher@conleyrose.com
Darlene F. Ghavimi
Texas Bar No. 24072114
dghavimi@conleyrose.com
CONLEY ROSE, P.C.
13413 Galleria Circle, Suite 100
Austin, Texas 78738
Telephone: (512) 610-3410
Facsimile:  (512) 610-3456

Thomas L. Warden
Texas Bar No. 24004174
twarden@conleyrose.com
CONLEY ROSE, P.C.
1001 McKinney Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 238-8000
Facsimile:  (713) 238-8088

***Attorneys for Kryptek Outdoor Group, LLC***


/s/ M. C. Carrington
M. C. Carrington
TX State Bar No. 03880800
MCCarrington@mehaffyweber.com
MEHAFFYWEBER, P.C.
2615 Calder Ave, Suite 800
Beaumont, Texas 77702
(409) 835-5011
(409) 835-5177 (fax)

***Attorneys for Defendants***
***Salt Armour, Inc., Alpha Defense, Inc., and***
***Thomas J. De Sernia***

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was filed electronically on February 23, 2016 and pursuant to Local Rule CV-5(a)(3)(A), the Notice of Electronic Filing from the court is proof of service of the document on all counsel who are deemed to have consented to electronic service.

                                      /s/ Thomas L. Warden
                                      Thomas L. Warden