UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**KRYPTEK OUTDOOR GROUP, LLC**

 *Plaintiff*,
v.                CASE NO.: 15-cv-348

**SALT ARMOUR, INC.,**
**ALPHA DEFENSE, INC., AND**
**THOMAS J. DE SERNIA**,

 *Defendants*.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

 The Plaintiff, Kryptek Outdoor Group, LLC, and the Defendants, Salt Armour, Inc., Alpha Defense, Inc., and Thomas J. De Sernia, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Texas, hereby stipulate and agree as follows:

 1. The parties have amicably resolved this matter and have entered into a "Confidential Settlement Agreement" setting forth the terms of the settlement.

 2. Pursuant to the "Confidential Settlement Agreement" and Fed R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the entry of, and respectfully request that this Court enter the attached Order, vacating the Final Judgment and Permanent Injunction [D.E.23], dismissing this case with prejudice and reserving jurisdiction to enforce the terms of the Confidential Settlement Agreement.

 Respectfully submitted this 27th day of November, 2017.

/s/ Thomas L. Warden
Stewart N. Mesher
Texas Bar No. 24032738
smesher@conleyrose.com
Darlene F. Ghavimi
Texas Bar No. 24072114
dghavimi@conleyrose.com
CONLEY ROSE, P.C.
13413 Galleria Circle, Suite 100
Austin, Texas 78738
Telephone: (512) 610-3410
Facsimile: (512) 610-3456

Thomas L. Warden
Texas Bar No. 24004174
twarden@conleyrose.com
CONLEY ROSE, P.C.
575 North Dairy Ashford Road, Suite 1102
Houston, Texas 77049
Telephone: (713) 238-8000
Facsimile: (713) 238-8088

***Attorneys for Kryptek Outdoor Group, LLC***

/s/ MC Carrington w/ permission
   Thomas L. Warden
M. C. Carrington
TX State Bar No. 03880800
MCCarrington@mehaffyweber.com
MEHAFFYWEBER, P.C.
2615 Calder Ave, Suite 800
Beaumont, Texas 77702
(409) 835-5011
(409) 835-5177 (fax)

***Attorneys for Defendants***
***Salt Armour, Inc., Alpha Defense, Inc., and***
***Thomas J. De Sernia***

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was filed electronically on November 27, 2017 and pursuant to Local Rule CV-5(a)(3)(A), the Notice of Electronic Filing from the court is proof of service of the document on all counsel who are deemed to have consented to electronic service.

      /s/ Thomas L. Warden
      Thomas L. Warden