\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KRYPTEK OUTDOOR GROUP, LLC | § § | |
| *Plaintiff*, | § § | |
| | § | CIVIL ACTION No. 1:15-cv-348 |
| v. | § § | JUDGE RON CLARK |
| SALT ARMOUR, INC., | § | |
| ALPHA DEFENSE, INC., AND | § | PRD |
| THOMAS J. DE SERNIA, | § § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation for Dismissal with Prejudice (Dkt. # 54), stating that the parties have settled the issues raised in this case out of court. The parties jointly seek to vacate the Final Judgment and Permanent Injunction (Dkt. # 23) in this case and dismiss the claims, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is THEREFORE ORDERED that the case is DISMISSED WITH PREJUDICE.

It is FURTHER ORDERED that the Final Judgment and Permanent Injunction, dated March 26, 2016 (Dkt. # 23), is hereby VACATED.

It is FURTHER ORDERED that this court retains jurisdiction to enforce the terms of the Confidential Settlement Agreement.

The Clerk is directed to CLOSE this case.

So **ORDERED** and **SIGNED** this **29** day of **November, 2017.**

_____
Ron Clark, United States District Judge